JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BOBBY SANCHEZ, an individual, | Case No. 8:19-cv-00926-JLS-MRW |
|---|---|
| Plaintiff, | Judge: Hon. Josephine L. Staton |
| v. | **ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| WALMART, INC., a corporation form unknown dba "SAMS CLUB"; and DOES 1 – 10, inclusive, | |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 8, 2019

JOSEPHINE L. STATON
Honorable Josephine L. Staton
United States District Judge